Submitted September 4, reversed October 28, 2015

In the Matter of D. B. L.,
Alleged to be a Person With Mental Illness.
STATE OF OREGON,
*Respondent,*

*v.*

D. B. L.,
*Appellant.*

Clackamas County Circuit Court
M1504003; A159399

361 P3d 612

Gay Canaday filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Paul L. Smith, Deputy Solicitor General, and Cecil A. Reniche-Smith, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Nakamoto, Judge, and Tookey, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of an order committing him for a period not to exceed 180 days. ORS 426.130. Appellant contends that the trial court erred in concluding that, as a result of a mental disorder, he is unable to provide for his basic personal needs and is not receiving such care as is necessary for his health or safety. *See* ORS 426.005(1)(f)(B). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's order should be reversed. We agree and accept the state's concession.

Reversed.